AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

ARTHUR J. WEIS,
*Plaintiff*

v.

INTEROCEAN AMERICAN SHIPPING CORP.,
REDSTONE SHIPPING CORP., GLOBAL CONTAINER
LINES LTD and SHIPTRADE, INC.
*Defendants*

Civil Action No. 09-2065 (RMB)

## Summons in a Civil Action

To: *(Defendant's name and address)*

SHIPTRADE, INC.
100 Quentin Roosevelt Boulevard, Suite 305
Garden City, NY 11530

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

FRIEDMAN, JAMES & BUCHSBAUM LLP
200 Craig Road
Manalapan, New Jersey 08057

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
Name of clerk of court

Date: 5/1/2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Case 2:33-av-00001 Document 5523-7 Filed 04/30/2009 Page 2 of 2
Case 1:09-cv-02065-RMB-JS Document 2 Filed 05/01/2009 Page 21 of 42

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

ARTHUR J. WEIS,
*Plaintiff*

v.

INTEROCEAN AMERICAN SHIPPING CORP., )
REDSTONE SHIPPING CORP., GLOBAL CONTAINER )
LINES LTD and SHIPTRADE, INC. )
*Defendants* )

Civil Action No. 09-2065 (RMB)

## Summons in a Civil Action

To: *(Defendant's name and address)*

REDSTONE SHIPPING CORP.
100 Quentin Roosevelt Boulevard, Suite 305
Garden City, NY 11530

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

FRIEDMAN, JAMES & BUCHSBAUM LLP
200 Craig Road
Manalapan, New Jersey 08057

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

Name of clerk of court

Date: 5/1/2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

ARTHUR J. WEIS,
*Plaintiff*

v.

INTEROCEAN AMERICAN SHIPPING CORP.,
REDSTONE SHIPPING CORP., GLOBAL CONTAINER
LINES LTD and SHIPTRADE, INC.
*Defendants*

)
)
)
)
)
)

Civil Action No. 09-2065 (RMB)

## Summons in a Civil Action

To: *(Defendant's name and address)*

INTEROCEAN AMERICAN SHIPPING CORP.
302 Harper Drive, Suite 200
Moorestown, NJ 08057

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

FRIEDMAN, JAMES & BUCHSBAUM LLP
200 Craig Road
Manalapan, New Jersey 08057

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
Name of clerk of court

Date: 5/1/2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

ARTHUR J. WEIS,
*Plaintiff*

v.

INTEROCEAN AMERICAN SHIPPING CORP.,
REDSTONE SHIPPING CORP., GLOBAL CONTAINER
LINES LTD and SHIPTRADE, INC.
*Defendants*

Civil Action No. 09-2065 (RMB)

## Summons in a Civil Action

To: *(Defendant's name and address)*

GLOBAL CONTAINER LINES LTD.
100 Quentin Roosevelt Boulevard, Suite 305
Garden City, NY 11530

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

FRIEDMAN, JAMES & BUCHSBAUM LLP
200 Craig Road
Manalapan, New Jersey 08057

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
Name of clerk of court

Date: 5/1/2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*