```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
                     CAMDEN VICINAGE
```

ARTHUR J. WEIS,

        Plaintiff,

  v.                                  Civil No. 09-2065(RMB)

INTEROCEAN AMERICAN SHIPPING
CORP., et al.,                 **ORDER**

        Defendants.

      THIS MATTER having been opened to the Court upon its own Order To Show Cause why the case should not be dismissed for lack of subject-matter jurisdiction [Docket No. 4]; and the Plaintiff having submitted to the Court an Amended Complaint dated May 11, 2009 asserting the Court's subject-matter jurisdiction, in response to the Order To Show Cause [Docket Nos. 5 & 6]; and the Court acknowledging that the Jones Act, 46 App. U.S.C. § 688, as well as 28 U.S.C. § 1333, confers federal question jurisdiction; therefore

      IT IS on this **12th** day of **May 2009**, hereby

      **ORDERED** that the Plaintiff has made a sufficient showing of good cause, and this Court will not, <u>sua sponte</u>, dismiss this case at this time.

                                          <u>s/Renée Marie Bumb</u>
                                          RENÉE MARIE BUMB
                                          United States District Judge