# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT; NEW JERSEY COUNTY**

Index #: 09-2065(RMB)(JS)
Date Filed: May 1, 2009
Court Date: _____
Assigned Justice: _____

ATTORNEY(S): FRIEDMAN, JAMES & BUCHSBAUM LLP   PH: 212-233-9385
ADDRESS: 132 NASSAU STREET, SUITE #900 NEW YORK NY 10038   File No.: weis

**ARTHUR J WEIS**

*Plaintiff(s)/Petitioner(s)*

VS.

**INTEROCEAN AMERICAN SHIPPING CORP., ET AL**

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF SUFFOLK SS.:

**JOHN SAVAGE**, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Monday, May 11, 2009** at **12:35PM**. at **100 QUENTIN ROOSEVELT BLVD., SUITE 305 GARDEN CITY, NY 11530** deponent Served the within **Summons In A Civil Case and Complaint / CM/ECF SPECIAL PROCEEDINGS BY JUDICIAL OFFICER**

on: **GLOBAL CONTAINER LINES LTD** **Defendant** therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person.

**#2 CORPORATION** [X] By delivering to and leaving with **MR. SHAYEGAN - DIRECTOR (REFUSED FIRST)** and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on _____ at _____
on _____ at _____
on _____ at _____
on _____ at _____
Address confirmed by _____

**#5 MAIL COPY** [ ] On _____, deponent completed service under the last two sections by depositing a true copy of each document to the the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#7 DESCRIPTION** [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male   Color of skin: Lt. Brown   Color of hair: Gray   Age: appx. 53   Height: appx. 5'9"
Weight: appx. 180   Other Features: _____

**#8 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [ ] Your deponent asked person spoken to whether the defendant was in the active military service of the United States or N. Y. State and received a negative reply. Upon information and belief I have; being based on the conversation and observations above narrated, defendant is not in the military service.

**#10 OTHER** [ ]

Sworn to before me on this 12 day of MAY, 2009

SUSAN CORTINA
NOTARY PUBLIC, State of New York
No. 01CO6047509, Qualified in Suffolk County
Term Expires September 5, 2010

JOHN SAVAGE
Server's Lic # 
InvoiceWorkOrder 0928420

ONE WORLD JUDICIAL SERVICES, INC. - P.O. BOX 93 - DEER PARK, NY 11729  { 631.667.8260 }