**FRIEDMAN, JAMES & BUCHSBAUM LLP**
Attorneys for Plaintiff
200 Craig Road
Manalapan, NJ  07726
(732) 431-1978
JJ-8110

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------X

ARTHUR J. WEIS,

                        Plaintiff,

                        -against-

INTEROCEAN AMERICAN SHIPPING,
CORP., REDSTONE SHIPPING CORP.,
GLOBAL CONTAINER LINES, LTD.,
and SHIPTRADE, INC.,

                        Defendants.

-----------------------------------------------------X

09-2065(RMB)(JS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties to the captioned action, that defendants' time to answer, move or otherwise plead with respect to the Amended Complaint filed May 11, 2009 be, and hereby is, extended to and including June 12, 2009.

Dated: May 20, 2009

                                              FRIEDMAN, JAMES & BUCHSBAUM LLP
                                              Attorneys for Plaintiff
                                              By: _____
                                              John P. James, Esq. (JJ-8110)
                                              200 Craig Road
                                              Manalapan, NJ 07726
                                              (732) 431-1978
                                              jjames@friedmanjames.com

                                                  KENNY STEARNS & ZONGHETTI
                                                  Attorneys for Defendants

                                      By: _/s/ Noreen Arralde_
                                                  Noreen Dever Arralde, Esq. (NA-7723)
                                                  26 Broadway
                                                  New York, New York 10004-1882
                                                  (212) 422-6111

                                                  narralde@kszlaw.com

SO ORDERED:

_____

U.S.D.J.