KENNY, STEARNS & ZONGHETTI, LLC
Attorneys for Defendants
P.O. Box 508
Saddle River, New Jersey  07458
(973) 624-7779

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
ARTHUR J. WEIS,

      Plaintiff,      Case No.: 09-2065 (RMB)(JS)

 - against -

                 **RULE 7.1 STATEMENT**

INTEROCEAN AMERICAN SHIPPING CORP.,
REDSTONE SHIPPING CORP., GLOBAL
CONTAINER LINES, LTD., and SHIPTRADE, INC.,

      Defendants.
---------------------------------------------------------------x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for private (non-governmental) defendants INTEROCEAN AMERICAN SHIPPING CORP. ("IAS"), REDSTONE SHIPPING CORP. ("Redstone"), GLOBAL CONTAINER LINES, LTD. ("Global"), and SHIPTRADE, INC. ("Shiptrade") states upon information and belief as follows:

  Defendant IAS is and was at all times relevant to the allegations of the Amended Complaint owned by American Shipping Group, Inc., which is a subsidiary of SaltChuk Resources, Inc.  No publicly traded entity holds more than 10% stock in IAS or its parent corporation.

  Defendants Redstone, Global, and Shiptrade have no parent corporations and no publicly traded entity holds stock in these corporations.

Dated: Saddle River, New Jersey
       June 12, 2009

                                        KENNY, STEARNS & ZONGHETTI, LLC
                                        Attorneys for Defendants

                                        */s/ Noreen D. Arralde*
                    By:   _____
                                        Noreen D. Arralde (NA 7723)

                                        P.O. Box 508
                                        Saddle River, New Jersey  07458
                                        (973) 624-7779
                                        narralde@kszlaw.com