```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
                     CAMDEN VICINAGE
```

| | |
|---|---|
| ARTHUR J. WEIS, <br><br> Plaintiff, <br><br> v. <br><br> INTEROCEAN AMERICAN SHIPPING CORP, et al., <br><br> Defendants. | Civil No. 09-2065 (RMB/JS) |

### **AMENDED SCHEDULING ORDER IN ARBITRATION CASE**

This Scheduling Order confirms the directives given to counsel during the telephone status conference on December 3, 2009; and the Court noting the following appearances: John P. James, appearing on behalf of plaintiff; and Noreen D. Arralde,, appearing on behalf of defendants.

IT IS this **3rd** day of **December, 2009,** hereby **ORDERED:**

1. The Court will conduct a telephone status conference on **March 15, 2010 at 9:30 a m.**. **Counsel for plaintiff shall initiate the telephone call.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

```
                            s/ Joel Schneider
                           JOEL SCHNEIDER
                           United States Magistrate Judge
```