IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ARTHUR J. WEIS,<br><br>             Plaintiff,<br><br>     v.<br><br>INTEROCEAN AMERICAN SHIPPING CORP, et al.,<br><br>             Defendants. | Civil No. 09-2065 (RMB/JS) |

**AMENDED SCHEDULING ORDER IN ARBITRATION CASE**

    This Scheduling Order confirms the directives given to counsel during the telephone status conference on December 21, 2009; and the Court noting the following appearances: John P. James, appearing on behalf of plaintiff; and Noreen D. Arralde, appearing on behalf of defendants.

    IT IS this **21st** day of **December, 2009**, hereby **ORDERED**:

    1.   The Court will conduct a telephone status conference on **January 22, 2010 at 10:30 a.m.**. **Counsel for plaintiff shall initiate the telephone call**.

    **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ᴇᴅ**. R. C**ɪᴠ**. P. 16(f)**.

                                       s/ Joel Schneider
                                       JOEL SCHNEIDER
                                       United States Magistrate Judge