IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ARTHUR J. WEIS,<br><br>            Plaintiff,<br><br>     v.<br><br>INTEROCEAN AMERICAN SHIPPING CORP, et al.,<br><br>            Defendants. | Civil No. 09-2065 (RMB/JS) |

### AMENDED SCHEDULING ORDER IN ARBITRATION CASE

This Scheduling Order confirms the directives given to counsel during the telephone status conference on March 15, 2010; and the Court noting the following appearances: John P. James, appearing on behalf of plaintiff; and Noreen D. Arralde, appearing on behalf of defendants.

IT IS this **15th** day of **March, 2010,** hereby **ORDERED**:

1. New scheduling deadlines will be set after the decision on the government's motion for summary judgment in the related case pending in Federal Court in South Carolina.

2. The telephone status conference previously set for March 22, 2010 is **adjourned.**

3. The Court will conduct a telephone status conference on **September 14, 2010 at 9:30 a.m.** **Plaintiff's counsel shall initiate the telephone conference**.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                    s/ Joel Schneider
                                    JOEL SCHNEIDER
                                    United States Magistrate Judge